VARIOUS - CHAPTER 13's

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611

0629539

September 29, 2010

PAY Exactly Six Thousand Three Hundred Twenty Nine And 45/100 Dollars

$******6,329.45

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

S.J. Beaulieu Jr.

⑈0629539⑈ ⑆061100790⑆ 8800517495⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227741 - CL
**COPY**
October 08, 2010
14:31:17

TREASURY REGFUND
Debtor.: VARIOUS CH-13
Amount.: $6,329.45 CH
Check#.: 9539

Total-> $6,329.45

FROM: BEAULIEU

10/8/10
DEPOSITED TO 6047BK.
BK#15
Due: Various CH. 13s

CV.

The attached check represents payments for and to be delivered to the debtors listed on the attachment as it is unclaimed property of the court.

Registry Check #629539

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 04-12426 | SAULNY, LINDELL B<br>4548 MIAMI DR<br>PLANO TX 75093 | 779.47 | CITY OF NEW ORLEANS<br>RM 5E03<br>1300 PERDIDO ST<br>NEW ORLEANS LA 70112 |
| 04-13923 | ANDERSON, DEBRA<br>517 AIRLINE PARK BLVD<br>METAIRIE LA 70003 | 50.51 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-13923 | ANDERSON, DEBRA<br>517 AIRLINE PARK BLVD<br>METAIRIE LA 70003 | 38.00 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-13923 | ANDERSON, DEBRA<br>517 AIRLINE PARK BLVD<br>METAIRIE LA 70003 | 86.05 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-15032 | BOOKER, VIRGINIA<br>217 PRIEST ST<br>AVONDALE LA 70094 | 6.47 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-15859 | GASSENBERGER, MARY FRANCES<br>PO BOX 9346<br>WESTWEGO LA 70096 | 27.09 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-15859 | GASSENBERGER, MARY FRANCES<br>PO BOX 9346<br>WESTWEGO LA 70096 | 23.45 | CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285 |
| 04-16545 | CALISTE, LADONJA<br>PO BOX 58243<br>NEW ORLEANS LA 70158 | 488.71 | DILLARD NATIONAL BANK<br>PO BOX 52051<br>PHOENIX AZ 85072 |
| 05-11881 | ATHANASE, SONJA ADRIAN<br>1717 PLAZA DR<br>MARRERO LA 70072 | 24.33 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 41067<br>NORFOLK VA 23541 |
| 05-20035 | LACROIX, KIRK ANTHONY<br>LACROIX, SHELLY<br>4810 MAJOR DR<br>NEW ORLEANS LA 70128 | 1,727.09 | CITY OF NEW ORLEANS<br>RM 5E03<br>1300 PERDIDO ST<br>NEW ORLEANS LA 70112 |
| 06-10782 | NICHOLAS JR, HARRY JOSEPH<br>224 ROBERTSON RD<br>INDEPENDENCE LA 70443 | 63.12 | ADVANCE AMERICA<br>135 N CHURCH ST<br>SPARTANBURG SC 29306 |

Registry Check #

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 07-10407 | ZANDERS, LINDA<br>61561 WILLIE MCCOY RD<br>AMITE LA 70422 | 91.74 | LAMONICAS AUTO SALES<br>46424 N MORRISON BLVD<br>HAMMOND LA 70401 |
| 07-11491 | GRAVOIS, ALICE M<br>133 ESTES ST<br>METAIRIE LA 70001 | 130.56 | (debtor) |
| 07-11797 | OLMEDO, HECTOR ORLANDO<br>OLMEDO, SANDRA LORENA<br>APT 124<br>3714 N LOYOLA DR<br>KENNER LA 70065 | 1,642.05 | FORD MOTOR CREDIT<br>PO BOX 405697<br>ATLANTA GA 30348 |
| 08-10285 | MARTIN SR, CHARLES L<br>MARTIN, JONETTE EUGENE<br>3808 ACCACIA LANE<br>HARVEY LA 70058 | 507.00 | NCO FINANCIAL SYSTEMS INC<br>PO BOX 41457<br>PHILADEPHIA PA 19101 |
| 08-10285 | MARTIN SR, CHARLES L<br>MARTIN, JONETTE EUGENE<br>3808 ACCACIA LANE<br>HARVEY LA 70058 | 66.00 | NCO FINANCIAL SYSTEMS INC<br>PO BOX 41457<br>PHILADEPHIA PA 19101 |
| 09-11044 | VAN DEN HEEVER, ANDREW<br>19065 HIGHWAY 450<br>FRANKLINTON LA 70438 | 207.69 | (debtor) |
| 09-11137 | BROWN, COREY<br>BROWN, PATRICIA<br>APARTMENT B<br>4230 LAC DU BAY DR<br>HARVEY LA 70058 | 354.12 | (debtor) |
| 09-11925 | ROBINSON, LEO<br>2200 JEFFERSON HWY<br>LUTCHER LA 70071 | 16.00 | (debtor) |

$6,329.45